# United States Court of Appeals
## For the First Circuit

No. 07-1044

UNITED STATES OF AMERICA
Appellee,

v.

ELBA GARCÍA-PASTRANA,
Defendant, Appellant.

No. 07-1094

UNITED STATES OF AMERICA,
Appellee,

v.

HÉCTOR RENÉ LUGO-RÍOS,
Defendant, Appellant.

No. 07-1095

UNITED STATES OF AMERICA,
Appellee,

v.

JUAN RAMOS-HERNÁNDEZ,
Defendant, Appellant.

No. 07-1096

UNITED STATES OF AMERICA,
Appellee,

v.

FELIPE ROMÁN-LOZADA,
Defendant, Appellant.

No. 07-1097

UNITED STATES OF AMERICA,
Appellee,

v.

JUAN ROLDÁN-VEGA,
Defendant, Appellant.

_____

No. 07-1098

UNITED STATES OF AMERICA,
Appellee,

v.

ANDRÉS CARRASQUILLO-COLÓN,
Defendant, Appellant.

_____

No. 07-1177

UNITED STATES OF AMERICA,
Appellee,

v.

ENRIQUE VÁZQUEZ-PRÉSTAMO,
Defendant, Appellant.

_____

No. 07-1232

UNITED STATES OF AMERICA,
Appellee,

v.

FRANCISCO MARTÍNEZ-IRIZARRY,
Defendant, Appellant.

_____

No. 07-1501

UNITED STATES OF AMERICA,
Appellee,

v.

JORGE L. URBINA-ACEVEDO,
Defendant, Appellant.

_____

No. 07-1557

UNITED STATES OF AMERICA,
Appellee,

v.

JESÚS CARABALLO-ORTIZ,
Defendant, Appellant.

_____

No. 07-1558

UNITED STATES OF AMERICA,
Appellee,

v.

LUIS ANDINO-DELBREY,
Defendant, Appellant.

_____

**ERRATA SHEET**


The opinion of this Court issued on October 20, 2009, is amended as follows:

On page 8, footnote 1, line 1: delete "labor" following "manager."

On page 49, footnote 35, line 3: delete quotation mark at the end of the sentence.